IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BARBARA ANN WELCH,** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 3:14-CV-141-SAA**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF**
**SOCIAL SECURITY,** **DEFENDANT**

## ORDER GRANTING PAYMENT OF ATTORNEY'S FEES

Plaintiff seeks an award of attorney fees of $5,562.93 paid under the Equal Access to Justice Act, 28 U.S.C. Section 2412 and $350 in "costs." Defendant does not object to the amount of fees requested. However, defendant asserts that the plaintiff has provided no evidence to support any "costs" and that under *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) any attorney's fees awarded must be made payable to the plaintiff. The court has reviewed the motion and the record and concludes that the motion is well taken. It is

**ORDERED**

that the defendant pay the plaintiff $5,562.93 in attorney's fees and mail the award to plaintiff's attorney. Plaintiff is not awarded the $350 in costs sought because the request appears to have been an inadvertent error as no justification has been provided for such costs.

This the 9th day of June, 2015.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE